No. 8936. STATE OF MONTANA, EX REL. CLAUDE M. BLAIR, *v.* LOU BOEDECKER, Warden of the Montana State Prison.

Decided Oct. 14, 1949.

Relator pro se.

Per Curiam.

The application of the relator, Claude M. Blair, for a writ of habeas corpus failing to state sufficient facts to entitle relator thereto, the writ is denied.

No. 8925. STATE OF MONTANA, EX REL. CLAUDE M. BLAIR *v.* DISTRICT COURT OF THE THIRD JUDICIAL DISTRICT, In and For the COUNTY OF POWELL, and HON. W. R. TAYLOR, Judge Thereof.

Decided Oct. 14, 1949.

Relator pro se.

Per Curiam.

The application of relator, Claude M. Blair, for a writ of mandamus failing to state facts sufficient to entitle relator to such relief, the writ is denied.